## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

JESSIE BROWN, CARLOS BROWN,                               PLAINTIFFS
JEREMY EVANS and VICTOR GARCIA

vs.                            NO.7:23-cv-00182

FRAC SPYDER, LLC                                                    DEFENDANT

### AGREED MOTION
### FOR ADDITIONAL TIME TO FILE ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendant, Frac Spyder, LLC, pursuant to Rule 5, T.R.C.P., and requests that the Court grant Defendant additional time in which to file Defendant's Answer.

I.

The deadline for filing Defendant's Answer was December 20, 2023.

II.

Defendant was unable to file Defendant's Answer for the following reasons, which constitute good cause for the extension of time under Rule 5, T.R.C.P.: late receipt of the Original Petition along with needing additional time to consult additional counsel.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

IV.

Granting this request for an enlargement of time to file will not delay the beginning of trial.

V.

Defendant requests until January 15, 2024, to file Defendant's Answer.

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests the Court to grant until January 15, 2024 to file Defendant's Answer.

Respectfully submitted,

**FRENCH BENTON, PLLC**
415 W. Wall Street, Suite 1505
Midland, Texas 797019
Phone: (432) 888-8996

By: ___/s/ Matthew French_____
    J.D. BENTON
    State Bar No. 24097369
    jd@frenchbenton.com
    MATTHEW FRENCH
    State Bar No. 24085314
    matt@frenchbenton.com
    R. Tory Smith
    State Bar No. 24108784
    *tory@frenchbenton.com*

**ATTORNEYS FOR DEFENDANT
FRAC SPYDER, LLC**

### Certificate of Conference

I certify that I have discussed the merits of this motion with opposing counsel, Sean Short on December 20, 2023, and he indicated that he was not opposed and agreed to the extension of time for Defendant to answer.

                _____/s/ J.D. Benton_____
                *J.D. Benton*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of December 2023, the foregoing was served upon the following counsel of record via stand-alone e-service and/ or via electronic mail:

Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211 79702

**ATTORNEY FOR PLAINTIFFS**
**JESSIE BROWN, CARLOS BROWN,**
**JEREMY EVANS and VICTOR GARCIA**

                                             /s/Matthew French
                                             Matthew French