**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| JESSIE BROWN, CARLOS BROWN, JEREMY EVANS and VICTOR GARCIA | PLAINTIFFS |
| vs.   NO.7:23-cv-00182 | |
| FRAC SPYDER, LLC | DEFENDANT |

**ORDER GRANTING**
**AGREED MOTION FOR ADDITIONAL TIME TO FILE**
**ANSWER**

On _____, the Court considered the Defendant's Motion for Additional Time to File Answer, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Movant shall have until January 15, 2024 to file Defendant's Answer.

**SIGNED** on _____, 2023.

_____
JUDGE PRESIDING