IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JESSIE BROWN, CARLOS BROWN, JEREMY EVANS AND VICTOR GARCIA, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CAUSE NO. 7:23-cv-00182-DC-RCG |
| FRAC SPYDER, LLC, | | |
| Defendant. | | |

## NOTICE OF APPEARANCE

Holly B. Williams files her Notice of Appearance as lead counsel on behalf of Defendant Frac Spyder, LLC. Defendant requests that the Court, parties, and counsel take notice and address all notices, filings, and correspondence to Ms. Williams at the address below.

Respectfully submitted,

By: /s/ Holly B. Williams
　　　Holly B. Williams
　　　Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W Texas Ave
Midland, TX 79701-6173
432-682-7800
432-682-1112 (Fax)
holly@williamslawpc.com

Matthew French
State Bar No. 24085314
matt@frenchbenton.com

**FRENCH BENTON, PLLC**
415 W. Wall Street, Suite 1505
Midland, TX  79701
432-888-8996

ATTORNEYS FOR DEFENDANT
FRAC SPYDER, LLC

## CERTIFICATE OF SERVICE

 I hereby certify that on January 15, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing (CM/ECF) system of the court.

/s/ Holly Williams
Holly B. Williams