IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**JESSIE BROWN, CARLOS BROWN,**  **PLAINTIFFS**
**and VICTOR GARCIA**

vs.                    No. 7:23-cv-182-DC-RCG

**FRAC SPYDER, LLC**  **DEFENDANT**

### PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE RULE 16 STATUS CONFERENCE

Plaintiffs Jessie Brown, Carlos Brown and Victor Garcia, by and through their attorney Sean Short of Sanford Law Firm, PLLC, for their Unopposed Motion to Continue Rule 16 Status Conference, state and allege as follows:

1. The Court entered an Order on January 25, 2024, resetting the Rule 16 Status Conference from February 1, 2024, to February 8, 2024 (ECF No. 13).

2. Plaintiffs' counsel has a trial set for February 8, 2024, in the Eastern District of Arkansas that is expected to last at least two full days.

3. Plaintiffs' counsel will be unable to attend the Rule 16 Status Conference set for February 8, 2024, if the other case goes to trial as currently expected.

4. Plaintiffs respectfully request the Court continue the Rule 16 Status Conference to allow Plaintiffs' counsel to attend the trial set in the Eastern District of Arkansas.

5. This request is made in good faith and is not meant for the purposes of delay and does not prejudice any party.

6. If the Court grants this Motion, Plaintiffs request that the Status Conference not be reset for February 12, 13, 20 or 26-28 as those dates would also create scheduling conflicts for counsel.

7. Plaintiffs' counsel has conferred with Defendant's counsel and this motion is unopposed.

WHEREFORE, Plaintiffs Jessie Brown, Carlos Brown and Victor Garcia respectfully request that this Court enter an Order granting this Motion, continuing the Rule 16 Status Conference set for February 8, 2024.

    Respectfully submitted,

    **JESSIE BROWN, CARLOS BROWN,**
    **and VICTOR GARCIA, PLAINTIFFS**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    */s/ Sean Short*
    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

  I, Sean Short, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Holly B. Williams, Esq.
WILLIAMS LAW FIRM, P.C.
1209 W. Texas Ave.
Midland, Texas 79701
Main: (432) 682-7800
Fax: (432) 682-1112
holly@williamslawpc.com

Matthew French, Esq.
FRENCH BENTON, PLLC
415 W. Wall Street, Suite 1505
Midland, Texas 79701
(432) 888-8996
matt@frenchbenton.com

                    */s/ Sean Short*
                    **Sean Short**