IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JESSIE BROWN, CARLOS BROWN,** and **VICTOR GARCIA** | **PLAINTIFFS** |
| vs. No. 7:23-cv-182-DC-RCG | |
| **FRAC SPYDER, LLC** | **DEFENDANT** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE RULE 16 STATUS CONFERENCE

NOW on the date set forth below, upon Plaintiffs' Unopposed Motion to Continue Rule 16 Status Conference, this Court orders as follows:

1. Plaintiff's Motion to Continue Rule 16 Status Conference is hereby GRANTED.

2. The Rule 16 Status Conference is reset for February ___, 2024.

**IT IS SO ORDERED.**

_____
**HON. RONALD C. GRIFFIN**
**UNITED STATES MAGISTRATE JUDGE**