

BOARD CERTIFIED
LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
ALSO LICENSED IN NEW MEXICO

**HOLLY B. WILLIAMS**
ATTORNEY AT LAW

June 11, 2024

**VIA EFILE**
Ms. Lynnelle Trevino
U.S. District Clerk's Office
200 East Wall, Room 222
Midland, TX 79701

    Re:    Jessie Brown, et al. v. Frac Spyder, LLC; Cause No. 7:23-cv-182-DC-RCG; In the U.S. District Court for the Western District of Texas, Midland-Odessa Division

Dear Ms. Trevino:

    I will be unavailable from June 24-July 8, 2024, to attend the annual convention of the National Employment Lawyers Association (NELA) and a family reunion. I respectfully request that no hearings, court appearances, or major deadlines be scheduled during these dates.

    Thank you for your consideration of this request.

    Yours very truly,

    **WILLIAMS LAW FIRM, P.C.**

    By: *Holly Williams*
        Holly B. Williams

cc:    **VIA EFILE**
    Sean Short                      Matthew French
    Sanford Law Firm            French Benton, PLLC
    10800 Financial Centre Parkway   415 W Wall Street, Suite 1505
    Suite 510                         Midland, TX 79701
    Little Rock, AR 72211