IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **JESSIE BROWN, CARLOS BROWN, AND VICTOR GARCIA,** § § § | |
| **Plaintiffs,** § § | |
| v.  § | **CAUSE NO. 7:23-cv-00182-DC-RCG** |
| § § | |
| **FRAC SPYDER, LLC,** § § § | |
| **Defendant.** § | |

**ORDER GRANTING THE JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court has considered the Plaintiffs' and Defendant's Joint Motion for Approval of the Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion"). The Court finds the Joint Motion is well taken and should be and hereby is granted in all respects.

The Court approves the settlement which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. The Court hereby grants the Joint Motion and Orders that this case is dismissed with prejudice, all claims of Plaintiffs are dismissed with prejudice, and each party will bear their own costs and attorneys' fees in conformance with the settlement and the foregoing Joint Motion and Stipulation of Dismissal with Prejudice.

**SIGNED THIS** 7th day of January 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE